1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11  YING WANG,                          CASE NO.  2:22-CV-00135-JAM-CKD
12                 Plaintiff,           STIPULATION AND ~~PROPOSED~~ ORDER RE:
                                        DISMISSAL
13         v.
14  ALEJANDRO MAYORKAS, ET AL.,
15                 Defendants.

16
17       The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own
18  costs of litigation.
19
20
21
22
23
24
25
26
27
28
                                                    1

Respectfully submitted,

Dated: March 25, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ YING WANG
YING WANG
Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated: March 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.wang0135.stip

2